IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| IN THE MATTER OF: | : | CIVIL ACTION |
| PETER WILLIAM DIGIOVANNI | : | 11-1691 |
| | : | |
| | : | Bky. No. 09-12738 |

## <u>ORDER</u>

AND NOW, this   15th    day of September, 2011, upon consideration of Peter William DiGiovanni's appeal of the Bankruptcy Court's order finding DiGiovanni's conduct willful and malicious and his debt non-dischargable and the Bankruptcy Court's order denying his motion for reconsideration of that order, I hereby ORDER that the Bankruptcy Court's orders dated January 5, 2011 and January 20, 2011 are AFFIRMED.

BY THE COURT:

 /s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.