IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CIVIL ACTION |
| PETER WILLIAM DIGIOVANNI | : | 11-1691 |
| | : | |
| | : | Bky. No. 09-12738 |

## ORDER

    AND NOW, this   15th   day of September, 2011, upon consideration of Peter William DiGiovanni's appeal of the Bankruptcy Court's order finding DiGiovanni's conduct willful and malicious and his debt non-dischargable and the Bankruptcy Court's order denying his motion for reconsideration of that order, I hereby ORDER that the Bankruptcy Court's orders dated January 5, 2011 and January 20, 2011 are AFFIRMED.

    BY THE COURT:

    /s/ J. William Ditter, Jr.
    J. WILLIAM DITTER, JR., J.